**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: 7/14/2026

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>Gissel LOPEZ<br>YOB: 1988<br>U.S. Citizen/Citizen of<br>Mexico<br>　　　　　Defendant. | Magistrate's Case No. **26-01592MJ**<br><br>COMPLAINT FOR VIOLATION OF Title<br>8, United States Code, Section<br>1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>Transportation of Illegal Aliens<br><br>Count One |

I, Raquel Marie Pina, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about July 14, 2026, within the District of Arizona, Defendant Gissel LOPEZ, knowingly or in reckless disregard of the fact that aliens, Juan Alejandro LAGUNAS-Plasencio and Maria Edith Nataly RAMIREZ-Garcia, had come to, entered, or remained in the United States in violation of law, did transport, or move or attempt to transport or move such aliens within the United States, by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) (Felony).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by AUSA Louis C. Uhl for AUSA Stephen Marlowe

Raquel Marie Pina
Border Patrol Agent
United States Border Patrol

Sworn and subscribed to by telephone, July 16, 2026, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
GISSEL LOPEZ

**Statement of Facts**

I, Raquel Marie Pina, being duly sworn, do state the following:

**1. LOCATION OF ARREST.**

The following event occurred on Interstate 10, in La Paz, County, Arizona, within the District of Arizona.

**2. UNDERLYING FACTS.**

On July 14, 2026, Border Patrol Agent (BPA)  A. Salazar, was assigned to roving patrol duties in the Quartzite, Arizona general area on Interstate 10 (I-10). BPA Salazar regularly patrols this area and conducts anti-smuggling operations within Blythe Border Patrol Station's area of responsibility.

At approximately 1600 hours, BPA Salazar observed a black Jeep Wrangler, bearing California plate 9TVD546, passing in front of his Border Patrol vehicle with three visible occupants. BPA Salazar observed the driver looking in his direction then immediately looking away. He continued to observe the driver with his hands at the ten o'clock and two o'clock position while holding onto the steering wheel and was completely still. BPA Salazar has seen this type of behavior as being consistent with that of previous alien smuggling drivers he has apprehended in the past who looking away and begin to instruct his human cargo what to do or say in case they are stopped. This is common behavior of those engaged in criminal activity. The driver's reaction was different than most motorists he has seen throughout his shifts.

As BPA Salazar followed the vehicle westbound on I-10, the driver maintained his same rate of speed. The driver began to reduce his speed as BPA Salazar began to drive behind the vehicle to observe the driver's behavior. The vehicle began to reduce his speed to approximately 60 miles per hour in a 70 mile per hour zone. BPA Salazar then positioned his vehicle next to the driver's side to see inside where he noted a fourth person in the backseat. Each person in the vehicle remained still and displayed the same behavior as the driver.

In BPA Salazar's experience and training, this is generally an attempt to evade detection from law enforcement.  After conducting records checks on the vehicle through Yuma Sector Radio Communications, the checks verified that the registered owner was Gissel LOPEZ, out of National City, California. Due to his observations noted above, he decided to activate his emergency lights and stop the vehicle to

conduct an immigration investigation.

After activating his emergency lights, the driver began engaging the brakes of his vehicle and swerving in and out over the right shoulder. After engaging the brakes, the driver would then increase the vehicle's speed; several times before yielding. Based on his training and experience, this is a common behavior by smugglers of contraband, to find a place to bail out. The driver ended up yielding on I-10 west bound on mile marker 4.

During the field interview, the driver identified herself as Gissel LOPEZ and confirmed herself to be a dual citizen of both Mexico and the United States. Juan Alejandro LAGUNAS-Palsencio stated that he was a citizen of Mexico and no valid forms of immigration documentation. He admitted to crossing illegally on July 14, 2026. Andres PALSENCIO-Romaniz stated that he was a citizen of Mexico and had no valid forms of immigration documentation. He also admitted to illegally entering the United States on July 14, 2026. Maria Edith Nataly RAMIREZ-Garcia stated that admitted that was a citizen of Mexico and had no valid forms of immigration documentation. RAMIREZ-Garcia admitted to entering the United States illegal on or about July 14, 2026.

All suspects were arrested and taken to the Blythe Border Patrol Station for further processing, interviews and investigation.  All three (3) passengers identified Gissel LOPEZ (LOPEZ) as the driver. All three passengers stated that they did not pay the driver. All three passengers stated that they were picked up on July 14, 2026, near Calexico, California.

## 1. DEFENDANT'S STATEMENTS

On July 14, 2026, Blythe Border Patrol Agents recorded and interviewed defendant Gissel LOPEZ, who was willing to provide a statement without a lawyer present.

LOPEZ stated that she did not know the persons she transported were illegal aliens. She stated that she has never done this before. LOPEZ stated that a friend of hers asked if she could do someone a favor and possibly earn some money. LOPEZ stated that she was offered $4,000 USD to transport the persons but has not been paid yet. LOPEZ stated that she was provided a cellphone to communicate with an unknown coconspirator who coordinated the pickup. LOPEZ stated that she does not know exactly where she picked her passengers up because she was strictly following a GPS route sent to her, but did say that her final destination was San Bernadino, California

.

**2. MATERIAL WITNESS'S STATEMENTS**

**A. MATWIT:** Juan Alejandro LAGUNAS-Plasencio (Citizen of Mexico)

On July 14, 2026, Blythe Border Patrol Agents interviewed and recorded Juan Alejandro LAGUNAS-Plasencio who was willing to provide a statement without a lawyer present.

LAGUNAS stated that he illegally crossed the international border between Mexico and the United States by climbing over the fence that separates the two countries near Mexicali, Mexico. He stated that his uncle knew someone who could plan for him to cross into the United States. LAGUNAS stated that up until the point of arrest, he had and has not paid anyone for his travels. He stated that a guide was not physically there with them, but that the group was provided instructions over the phone on where to go once they crossed. LAGUNSA said that his intended destination was Los Angeles, California. LAGUNAS was shown a photographic lineup and identified Gissel LOPEZ as the driver.

**B. MATWIT:** Maria Edith Nataly RAMIREZ-Garcia (Citizen of Mexico)

On July 14, 2026, Blythe Border Patrol Agents recorded an interview with Maria Edith Nataly RAMIREZ-Garcia who was willing to give a statement without a lawyer present.

RAMIREZ admitted that she illegally crossed entered the United States but did not know where. She said that, up until the time of arrest, she had not paid anyone for her travels. She stated that she crossed with the two male persons who were also arrested. She said that her intended destination was Los Angeles, California. RAMIREZ was shown a photographic lineup where she identified Gissel LOPEZ as the driver who picked her up.

**3. AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant and smuggled aliens in this matter, from initial contact to the writing of this document: BPAs A. Salazar and J. Leal.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Alejandro Salazar.


*Raquel Marie Pina*
_____
Raquel Marie Pina
Border Patrol Agent
United States Border Patrol


Sworn and subscribed to by telephone, July 16, 2026, at Yuma, Arizona.

_____
The Honorable James F. Metcalf
United States Magistrate Judge